JOSEPH F. KAMINSKI et al., Appellants, v EDWARD G. KAMINSKI, Respondent. [684 NYS2d 449] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Buckley, J. (Appeal from Order of Supreme Court, Oneida County, Buckley, J.—Summary Judgment.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Boehm, JJ.

 In the Matter of FRANCES E. FAERY, Appellant, v DONALD H. PIEDMONT, Respondent. [683 NYS2d 447] —Order unanimously affirmed without costs. Memorandum: Family Court did not err in dismissing the petition for an upward modification of respondent's child support obligation pursuant to *Matter of Brescia v Fitts* (56 NY2d 132). Petitioner failed to establish that the child's basic needs were not being adequately met (*see, Tuchrello v Tuchrello,* 204 AD2d 1020, 1021; *Matter of Hulik v Hulik,* 201 AD2d 909, 910; *see also, Demske v Demske,* 245 AD2d 1031). (Appeal from Order of Niagara County Family Court, Crapsi, J.—Support.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Boehm, JJ.